UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 25-14690 |
| Tommie L Boddie Jr | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Michael B. Slade |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO DISMISS FOR UNREASONABLE DELAY**

This matter coming before the court on the trustee's motion to dismiss, IT IS HEREBY ORDERED:

1. The motion is granted. The case is dismissed.

Enter:

Honorable Michael B. Slade
United States Bankruptcy Judge

Dated: March 04, 2026

**Prepared by:**

Glenn Stearns Chapter 13 Trustee

801 Warrenville Road, Suite 650

Lisle, IL 60532-4350

(630-981-3888)